**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 12, 2015

Hon. Danice L. Obregon
Attorney at Law
802 N. Caranchua, Suite 2100
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Mr. Frankie Wayne Nealy
#1714921
Ellis Unit
1697 FM 980
Huntsville, TX 77343

Re:     Cause No. 13-14-00689-CV
Tr.Ct.No. S-12-5439FL-A
Style:   Frankie Wayne Nealy v. Robin Michelle Nealy


Appellant's motion for extension of time to file brief in the above cause was this day GRANTED by this Court. The time has been extended to Monday, December 14, 2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch